UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
In re EASTMAN KODAK COMPANY, ET AL,       :     12 Bankr. 10202
                                          :          (ALG)
                    Debtors,              :     13 Bankr. 1332
                                          :          (ALG)
-------------------------------------------X
                                          :
RICOH COMPANY, LTD., AND RICOH AMERICAS   :
CORPORATION,                              :
                                          :     14 Civ. 2952 (DLC)
                    Plaintiffs,           :
                                          :          ORDER
          -v-                             :
                                          :
EASTMAN KODAK COMPANY,                    :
                                          :
                    Defendant.            :
-------------------------------------------X

DENISE COTE, District Judge:

On April 25, 2014, Eastman Kodak Company ("Kodak") filed in this Court a motion requesting withdrawal of the reference of an adversary proceeding, <u>Ricoh Company Ltd., et al. v. Eastman Kodak Company</u>, 13 Bankr. 1332 (ALG), and seeking consolidation in this Court of the adversary proceeding with certain proofs of claim filed in the related Chapter 11 bankruptcy proceeding, <u>In re Eastman Kodak Company, et al.</u>, 12 Bankr. 10202 (ALG). Accordingly, it is hereby

ORDERED that any opposition to the motion shall be served by **May 23, 2014**. Any reply shall be served by **June 6, 2014**. At the time any motion is fully briefed, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 6, 2014

                                    _____
                                         DENISE COTE
                                    United States District Judge