IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICOH COMPANY, LTD and<br>RICOH AMERICAS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>EASTMAN KODAK COMPANY,<br><br>Defendant. | Case No. 14-cv-2952 (DLC) |

## CERTIFICATE OF SERVICE

I, Melissa J. Baily, hereby certify that on June 23, 2014, copies of the Court's Notice of Initial Pretrial Conference and Individual Rules of Practice were served via e-mail and first-class mail on the below counsel for Defendant Eastman Kodak Company:

Andrew G. Dietderich
Brian D. Glueckstein
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksb@sullcrom.com

George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
george.shuster@wilmerhale.com

Dated:  June 26, 2014						By:  */s/ Melissa J. Baily*

                David Eiseman
                Melissa J. Baily
                Quinn Emanuel Urquhart & Sullivan LLP
                50 California Street, 22nd Floor
                San Francisco, CA 94111
                P:  (415) 875-6600
                F:  (415) 875-6700
                davideiseman@quinnemanuel.com
                melissabaily@quinnemanuel.com

                John B. Quinn
                Ryan S. Goldstein
                Quinn Emanuel Urquhart & Sullivan LLP
                865 S. Figueroa Street, 10th Floor
                Los Angeles, CA 90017
                P:  (213) 443-3000
                F:  (213) 443-3100
                johnquinn@quinnemanuel.com
                ryangoldstein@quinnemanuel.com

                *Counsel for Plaintiffs Ricoh Company, Ltd. and Ricoh Americas Corporation*