UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br><br>    Defendant. | Case No. 14-cv-2952 (DLC) |

**EASTMAN KODAK COMPANY'S RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Eastman Kodak Company discloses that it has no parent corporation and that Blackstone Group LP, a publicly-traded corporation, owns more than 10% of its outstanding stock through GSO Capital Partners, LP.

EASTMAN KODAK COMPANY

By its attorneys,

Dated: June 27, 2014
       New York, New York

*/s/ Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.
George W. Shuster
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
Email:  robert.gunther@wilmerhale.com
        george.shuster@wilmerhale.com

Brian D. Glueckstein
Andrew G. Dietderich
SULLIVAN & CROMWELL LLP
125 Broad Street

New York, NY 10004-2498
P:  (212) 558-4000
F:  (212) 558-3588
gluecksb@sullcrom.com
dietdericha@sullcrom.com

*Of Counsel*

Michael J. Summersgill
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
           jordan.hirsch@wilmerhale.com

Nina S. Tallon
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Email: nina.tallon@wilmerhale.com

*Attorneys for Eastman Kodak Company*