UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br><br>    Defendant. | Case No. 14-cv-2952 (DLC) |

**NOTICE OF MOTION BY EASTMAN KODAK COMPANY TO DISMISS RICOH'S CLAIMS OF INDUCED, CONTRIBUTORY, AND WILLFUL INFRINGEMENT**

PLEASE TAKE NOTICE that upon Defendant Eastman Kodak Company's ("Kodak") Memorandum of Law in Support of its Motion to Dismiss Plaintiffs Ricoh Company Ltd.'s and Ricoh Americas Corporation's (collectively, "Ricoh") Claims of Induced, Contributory and Willful Infringement, Kodak will move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an order that Ricoh's June 6, 2014 Amended Complaint (Dkt. No.8) fails to state a claim for induced, contributory or willful infringement.

WHEREFORE, Kodak requests that its Motion To Dismiss be granted in all respects.

Respectfully submitted,

Dated: New York, New York    /s/ *Robert J. Gunther, Jr.*
       June 27, 2014          Robert J. Gunther, Jr.
                              George W. Shuster
                              WILMER CUTLER PICKERING HALE AND DORR LLP
                              7 World Trade Center
                              250 Greenwich Street
                              New York, NY 10007
                              Telephone:  (212) 230-8800

Facsimile:  (212) 230-8888
Email: robert.gunther@wilmerhale.com
          george.shuster@wilmerhale.com

Brian D. Glueckstein
Andrew G. Dietderich
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
P:  (212) 558-4000
F:  (212) 558-3588
Email:  gluecksb@sullcrom.com
          dietdericha@sullcrom.com

*Of Counsel*

Michael J. Summersgill
Jordan L. Hirsch
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com
          jordan.hirsch@wilmerhale.com

Nina S. Tallon
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
Email: nina.tallon@wilmerhale.com

*Attorneys for Eastman Kodak Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICOH COMPANY, LTD. and<br>RICOH AMERICAS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>EASTMAN KODAK COMPANY,<br><br>    Defendant. | Case No. 14-cv-2952 (DLC) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2014, I caused Plaintiff Eastman Kodak Company's motion to dismiss and all supporting papers to be served on all attorneys of record through the Court's ECF system.

                                  By: */s/ Robert J. Gunther*