```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re EASTMAN KODAK COMPANY, ET AL,       :   12 Bankr. 10202
                                          :        (ALG)
                    Debtors,              :   13 Bankr. 1332
                                          :        (ALG)
------------------------------------------X
                                          :
RICOH COMPANY, LTD., AND RICOH AMERICAS   :   14 Civ. 2952 (DLC)
CORPORATION,                              :
                                          :   SCHEDULING ORDER
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
EASTMAN KODAK COMPANY,                    :
                                          :
                    Defendant.            :
------------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to an Order of May 23, 2014, plaintiffs were to file an amended complaint by June 6, and defendant was to answer or otherwise respond by June 27.  On June 6, plaintiffs filed an amended complaint.  On June 27, defendant moved to dismiss the amended complaint pursuant to Rule 12(b)(6), Fed.R.Civ.P.  Under Rule 15(a)(1)(B), Fed.R.Civ.P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiffs shall file any second amended complaint by **July 18, 2014**.  Plaintiffs will have no further opportunity to amend.

IT IS FURTHER ORDERED that if no second amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by **August 1, 2014**.  Defendant's reply, if any, shall be served by **August 8, 2014**.

IT IS FURTHER ORDERED that if plaintiffs file a second amended complaint, defendant shall answer or otherwise respond by **August 8, 2014**.  If defendant moves to dismiss, plaintiffs shall serve any opposition to the motion to dismiss by **August 22, 2014**.  Defendant's reply, if any, shall be served by **August 29, 2014.**

IT IS FURTHER ORDERED that, at the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **July 11, 2014** is adjourned to **2 p.m. on September 4, 2014.**

SO ORDERED:

Dated:   New York, New York
         June 30, 2014

_____
DENISE COTE
United States District Judge