**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6314**

WRITER'S INTERNET ADDRESS
**davideiseman@quinnemanuel.com**

July 11, 2014

**VIA ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *Ricoh Company, Ltd., et al. v. Eastman Kodak Company*, No. 14-cv-2952 (DLC)

Dear Judge Cote:

As Magistrate Judge Gorenstein has reported to the Court, the parties have reached a tentative settlement of this case as well as *Eastman Kodak Company v. Ricoh Company, Ltd.*, No. 12-cv-3109 (DLC).  The parties are in the process of preparing the necessary settlement-related documents and hope to conclude that process within the next 30 days.

In the Court's June 30, 2014 Scheduling Order (Dkt. 17), the Court ordered Ricoh Company, Ltd. and Ricoh Americas Corporation (collectively, "Ricoh") to file a second amended complaint by July 18, 2014 or, in the alternative, to file an opposition to Eastman Kodak Company's ("Kodak") motion to dismiss by August 1, 2014.

In light of the parties' tentative settlement, Ricoh requests an extension of the deadlines set forth in the Court's June 30, 2014 Scheduling Order.  Specifically, Ricoh requests that the deadline for Ricoh to file a second amended complaint be extended to August 18, 2014 and that the deadline for Ricoh to oppose Kodak's motion to dismiss be extended to September 2, 2014.

Kodak has informed Ricoh that Kodak does not oppose Ricoh's request for an extension of these deadlines.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Respectfully submitted,

David Eiseman

cc:	Robert Gunther, Jr. (via electronic mail)
	Michael Summersgill (via electronic mail)